UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**STEVEN B. SACHS, Ph.D.**

V.                                                         CIVIL ACTION NO. **10-11610-DJC**

**DONALD EDMOND O'MALLEY, M.D.**

### ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the Court's allowance of the defendants' motion to dismiss on January 23, 2012, the Court Orders that the above-entitled action be and hereby is DISMISSED.

January 24, 2012                                                         /s/ Lisa M. Hourihan
                                                                              Deputy Clerk